IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| In Re: | Case No. 08-13421-RLB |
|---|---|
| MANNING, RANDALL WAYNE<br>MANNING, MELODY ROBIN | Chapter 7 |
| Debtor(s) | |

**PAYMENT OF FUNDS TO THE CLERK
PURSUANT TO BANKRUPTCY RULE 3010**

  ROBERT A. BROWN, Trustee of the above captioned bankruptcy matter, reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

  The following checks have not been mailed for the reason that the dividend to be paid to each creditor listed was under $5.00. Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Bankruptcy Rule 3010.

| CLAIM NUMBER | CHECK NUMBER | CLAIMANT/ADDRESS | AMOUNT |
|---|---|---|---|
| 000002 | 3007 | Norman Clinic Inc.<br>950 N. Porter Suite 300<br>Norman, OK 73071-6400 | $3.59 |

**TOTAL**                              **$3.59**

DATED: November 16, 2009

            /s/ Robert A. Brown_____
            ROBERT A. BROWN, Trustee
            123 WEST 7TH AVENUE, SUITE 102
            STILLWATER, OK  74074
            405.377.8185
            bob@bobbrownattorney.com
            amy@bobbrownattorney.com